AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Muhammad Saleem Iqbal<br><br>_Defendant_ | )<br>)  Case No. 15 mj 7218 JCB<br>)<br>)<br>)<br>) |

FILED IN OPEN COURT
'15 DEC 23 PM 12:55
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIVED U.S. MARSHALS SERVICE BOSTON, MA
2015 DEC 17 AM 10 50

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Muhammad Saleem Iqbal,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

violation of 15 U.S.C. § 376 (Jenkins Act/PACT Act), 18 U.S.C. § 2342 (Contraband Cigarette Trafficking Act), 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1956 (h) (Money Laundering Conspiracy)

Date: December 16, 2015

_Issuing officer's signature_

City and state:  Boston, Massachusetts          Hon. Jennifer C. Boal, U. S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

FBI
12/21/2015

_Arresting officer's signature_

_Printed name and title_