UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                    **Criminal Action**
                    **No: 16-cr-10006-WGY**

**UNITED STATES**
**Plaintiff**

v.

**IQBAL et al**
**Defendants**

**SCHEDULING ORDER**

**YOUNG, D.J.**

    An initial status conference in accordance with LR 116.5 was held on 4/8/2016.

    Any substantive motions are to be filed by 5/31/2016. See LR 116.3(E) and (H).

    Response to any motion is to be filed on or before 6/14/2016. See LR 116.3(l).

    A Final Pretrial Conference will be held on 6/20/2016 at 2:00 PM.

    A joint memorandum in accordance with LR 116.5(C) is to be filed by 6/20/2016.

    A tentative trial date has been set for July 18, 2016 at 9:00 AM.

    The time between 1/14/2016 and 7/18/2016 is excluded with the agreement of the defendant in the interest of justice as stated on the record.

                    By the Court,

                       /s/ Jennifer Gaudet
                    **Deputy Clerk**

April 15, 2016