UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Cr. No. 16-10006-WGY |
| | ) | |
| | ) | |
| MUHAMMAD IQBAL | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

The defendant, Muhammad Iqbal, respectfully moves this Honorable Court to modify his conditions of release by permitting him to travel to Rhode Island and New York on a regular basis for business purposes.

The government does not object to this motion.

                                                                            Respectfully submitted,
                                                                            By his attorney,

                                                                            /s/ Robert Sheketoff
                                                                            Robert Sheketoff
                                                                            BBO# 457340
                                                                            One McKinley Square
                                                                            Boston, MA 02119
                                                                            (617)-367-3449

**CERTIFICATE OF SERVICE**

I hereby certify that I am counsel for the defendant and have caused a copy of this pleading to be served electronically through the ECF system to all parties herein this 10th day of May, 2016.

                                                                            /s/ Robert Sheketoff
                                                                            Robert Sheketoff