UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Cr. No. 16-10006-WGY |
| | ) | |
| | ) | |
| MUHAMMAD IQBAL | ) | |

**LETTERS RE: SENTENCING**

Attached hereto are redacted letters in support of the defendant concerning his sentencing hearing.

**CERTIFICATE OF SERVICE**

I, Robert L. Sheketoff, hereby certify that a copy of this pleading was served electronically this 13th day of October, 2016 on all parties registered.

Respectfully submitted,
By his attorney,

/s/ Robert L. Sheketoff
Robert L. Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(671) 367-3449

\

October 12, 2016

Honorable William G. Young
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Young,

My name is Denise Saleem and I am writing this letter in support of my husband, **Muhammad Saleem Iqbal.** On Monday, October 17th, you will face the task of sentencing him with regard to his guilty plea in connection with the charges in Federal District Court, Boston, Massachusetts. He accepts full responsibility for doing things he should not have done, and he acknowledges these crimes were illegal. He is extremely remorseful and truly regrets his actions. Although on vacation visiting his family back home in Pakistan last year when the authorities came to our home, he flew back from Pakistan to the United States immediately to face these charges and to cooperate with the authorities. I don't condone his behavior, and quite honestly, I cannot fathom how or why he would put our family in jeopardy by committing these crimes, but I truly believe that he made a mistake. I believe that he has learned from his mistakes, and that he will not make the same mistakes again. The events of the last year have been truly devastating and humiliating for our entire family, and forever life altering. I understand that you have an obligation to make sure that justice is served.   As you prepare your sentence for Saleem, I would like to appeal to you to take the contents of this letter into consideration and I hope that you will provide leniency in his sentence.

My husband, Saleem,  and I met approximately twenty-three years ago right after the loss of his mother. I was a few months out of an unhealthy relationship. I truly believe that God was looking over us that night, and that we both saved each other during that time. We were introduced by my best friend, and went on to be the maid of honor and best man at their wedding. We are godparents to their first born. One of the things that attracted me to him were the family values that we shared along with having faith, as well as h sharing a belief of the importance in giving back to those less fortunate.

He swept me off my feet and we decided to get married later that year. We talked about having children and were discouraged at the time, as we had trouble conceiving, and even consulted a fertility specialist to talk about IVF. Although initially hopeful, we decided against pursuing IVF, as Saleem didn't feel comfortable with the thought of having multiple births and potentially having to choose to eliminate one or more. I was initially shattered, but came to understand his reasoning and actually came to respect him for it. After five years of trying to conceive, we were so desperate to have a child. My OB doctor simply advised us to "relax" and let nature take it's

course and one month later we discovered that without the pressure of trying to conceive, we finally became pregnant! We discovered three months later that we were having our daughter ▓▓▓▓▓▓. We were very happy and couldn't wait to be parents. I was raised in the catholic faith and my husband is of the muslim faith. Although it hasn't always been easy, we have always supported and loved each other enough to make our marriage work. For us, there aren't any other options. We love each other that much.

My family has always been supportive and at times, I think that my Mom may love him a little more than me. She refers to him as her son.

▓▓▓▓▓▓, now 17, is definitely a daddy's girl. It's always been that way. He's been a doting father since day one. He's a very loving, hands-on, supportive father. He has always been there for her - whether it was watching her read during story hour to her kindergarten class, accepting the student of the month award in first grade, going to her soccer games, attending her eighth grade graduation and watching her become an Aspirer and give her speech, participating in community service can drives, visiting homeless shelters, teaching her to drive a car, accepting an award of behalf of Youth LEAD, watching her get ready for her junior prom, or being supportive and allowing her to go to Ghana for community service/children's education rights. No matter how big or small the event is, he is a willing participant, giving her fatherly advice when needed and willing to let her grow, as she grows into her own and becomes an adult. She adores him and they have always shared an extremely close bond. She began her senior year at Sharon High School in September. She is a remarkable human being and I truly believe that although she's her own person, how we raised her is a true reflection of what kind of person she is, and parents we are. We have instilled in her to be a good human being first, to have respect and help others, and to do the best that she can in school and in life. At this time, she wants to go into Pre-med and is the process of applying to colleges. Saleem and I have taught her to have faith and confidence in her abilities and in her dreams. To follow her dreams no matter what- no matter if at times they seem unobtainable- never to give up. We are extremely proud parents.

When Saleem came to America, he started out working as a security guard, he worked as a taxi driver, at times worked more than one job- job after job, after job, and tried to be a successful business owner. He has always worked tirelessly to try and live the American dream, and to financially support our family. He is extremely thankful for the opportunities afforded to him and doesn't take anything for granted.

Saleem also commits time to helping others and practices his faith at the mosque in Sharon. He is a well respected member of the community. There are a number of fundraising activities held, and he is always willing to help.

He is always there for family, friends in need, no matter what time of day or night. He's always been that way. My family (Mom and Sister) have had a difficult time since the loss of my father, as when he passed nearly six years ago, he didn't leave them well off financially. We do our best to help, no questions asked. He would do anything he could to help them. Saleem also has family

that still lives in Pakistan. Two sisters and one brother, who is not well. He is suffering from the complications from a stroke that he had prior. They depend on Saleem for financial and emotional support. Since the loss of his parents, they all see him as a father figure.

We share our home with Saleem's half brother, Kaleem (he's always referred to him as his brother, never half) his wife, Naeema, and their three children. Before moving to Sharon, we lived separately in Revere - initially Kaleem and his family lived with us. Eventually, they moved into the apartment within our two-family home and when their family grew, they bought the townhouse directly across the street. Our children grew up together and we always were at each other's houses. We decided to look into moving to Sharon, Massachusetts. We were commuting with our children to the Sharon Mosque every Sunday, as they attended Sunday school, and members of the mosque and friends told us of the school system in Sharon. At the time, the schools were ranked very highly, and because of these two reasons, we decided to make the move. We looked at houses for 3-4 years and couldn't find anything for either family that was close enough to one another, as was in Revere. Also, we simply couldn't afford two houses. After much discussion, we decided that our two families couldn't live without each other, couldn't financially afford two homes, and decided to move our family into one home. Our nieces and nephew look up to Saleem as another father figure, as does his brother, Kaleem, and my nieces/nephew are being raised in our home and are like our children, and are being raised as siblings to my daughter and vice versa. It's the perfect blend for our family.

I am a diabetic and have been for eighteen years. I had two mini-strokes a few years back. I had surgery for a torn rotator cuff and frozen shoulder last August. During the recovery period, Saleem has been very compassionate, loving, supportive, and extremely helpful. I am on long-term disability at this time, as I need additional frozen shoulder surgery, and I need to have a tendon reattached, as it ruptured after the initial surgery. I also have severe neuropathy in my feet and legs. I am also being evaluated at this time for neurology issues as well, as I am now experiencing tingling in my head and headaches, as I did with the first initial mini-stroke. I've fallen a few times in the past few weeks and I will undergo an intense five-hour test of the brain to further evaluate any additional diabetic-nerve related issues. It takes a very special person to help another get dressed, bathe, etc., and he does this without hesitation.

Saleem is the love of my life. He is the best husband to me and father to our daughter that I could've asked for prayed for, and I truly thank God everyday for his presence in my life. He is my strength, love, my support, and my best friend. He is a true lifelong partner, in every sense of the word. Some of the words I would use to describe him are: kind, honest, loyal, loves with his whole heart, humble, great sense of humor, understanding, compassionate, sincere, grateful, thankful, thoughtful, generous, hardworking, and unselfish.

Lastly, again, I understand the seriousness of the offenses that Saleem has plead guilty to, but truly believe that he made a mistake. This is his first and only offense. He has never been in any kind of trouble prior. A huge mistake, I admit. I do believe however, that he's a great person and human being, and that he will spend the rest of his life making up for his mistakes. I feel that

Saleem as a person shouldn't be defined in his life, by this mistake. He's much more than that. I understand that Saleem's potential punishment could be incarceration. I honestly believe if this were to happen, my life would be over. It also saddens me deeply, as I hate to think what would happen to our daughter, Sakeenah, and the path that she's chosen for herself, if this were to happen. I believe that others would suffer tremendously if he were to be incarcerated -- My family, (Mom & Sister) and his family (Siblings) in Pakistan. I also believe that in addition to myself and my daughter, Sakeenah, others in our household, immediate family (Kaleem, Naeema, ███, ███, ███) would suffer as well. ███, ███ and ███ are all great kids, on the right path academically, and I feel that their futures would be changed forever. Saleem is a strong person, has his faith and believes in God. I don't know how he would survive if you were to take him away from me, from his family. We are his life. He is the glue that holds our family together.

Please, Judge Young, please take this letter into consideration when imposing your sentence to my beloved husband, Muhammad Saleem Iqbal. As you prepare your sentence for Saleem, I would like to appeal to you and your heart, to take the contents of this letter into consideration and I hope that you will provide leniency in his sentence.

Respectfully yours,

*Denise Saleem*

Denise Saleem
███
Sharon, MA ███
Telephone: 781-███

October 1, 2016

Dear Judge Young,

    I have known Muhammad Saleem Iqbal since my childhood, since he is my first cousin. Saleem's mother was my Dad's sister. My Dad and his sister were extremely close and remained close until his untimely death in 1985, when he was just forty-five year's old. At that time, I was eleven year's old. I am the oldest of four siblings. My Mom was close to Saleem's mother, like a sister, until her death in 1993. After my father's death, Saleem's family helped my family emotionally and financially. I don't know how we would have survived, if not for Saleem's compassion, generosity, and love. He has always been there for me, and since the loss of my father, I have considered him almost a father figure in my life. We grew up together, and then Saleem decided to travel to the United States for a better life. Although he was no longer in Pakistan, we remained close and he continued to help me and my family. His brother, Kaleem, soon followed Saleem to America and they shared an apartment with other friends. They worked hard. When I completed schooling, our families discussed with me the possibility of an arranged marriage with Saleem's half-brother Kaleem. After much discussion, Kaleem and I became engaged and later we married. Saleem has always been supportive, kind, and loving to me, my Mom, and all of my siblings. My Mom is not in the best health, as she suffers from severe complications from diabetes, high blood pressure, vision, and he planned for her continued health care in Pakistan.

    After my marriage, I moved to America, and Kaleem and I lived with Saleem and his family. We later moved into the basement apartment and later purchased our own home, which was on the same street. Our families have always shared a close relationship and presently, we live together in Sharon, Massachusetts. I have three children, all of whom consider Saleem, as a father figure. Saleem is more or less of the head of our family. We all respect him. I love him more than words can say, especially given the fact that he has a lot of the same manner and qualities that I remember of my father. Some of these qualities that I hold in my heart are he's very honest he's loving, he has a very good sense of humor, he's responsible, he puts people at ease and he gives my Mom the utmost respect and love.

    I understand that you may give him the punishment of incarceration. I beg you to consider my letter as you impose his sentence. I think that our whole family here in the US and Pakistan would suffer extremely without him in our lives. So many depend on him. All of our family, all of our children and our future is dependent on him staying in our lives. I beg of you once again to consideration my request. I realize that he make a grave mistake and will pay for that the rest of his life.

    Our family would be eternally grateful if you could find it in your heart to consider our request.

*[signature]*
Naeema Kaleem
█████████████, Sharon, MA █████, Telephone: 781-████████

September 29, 2016

Dear Honorable Judge Young,

This letter is regarding Muhammad Saleem Iqbal, residence of ███ ████████ Sharon Ma█████. I am writing this letter to request leniency as you impose your sentence on October 17th. We have talked about this issue at length and I know that Muhammad has expressed sincere regret for his actions. I have known Mr. Muhammad for five years. When he moved to the Sharon community, I was part of the community chair for the Sharon Mosque. He was working as a volunteer in the masjid, as we needed his help on different projects. We especially needed his assistance during Ramadan (the holy/fasting month). Mr. Muhammad participated in food drives, fundraising events, and other projects. He is a respected brother in the Sharon community. He is a good influence, asset, and role model to our youth. He is an active member of the Sharon masjid and always shows his interest in building the community. We have always found him to be a kind, compassionate, and sincere brother.

Sincerely Yours,


Muzammil Nazir
███████████
██████, MA █████
617-█████████