

# Memorandum

**To:** Honorable William G. Young
U.S. District Judge

**From:** Jessica Turkington

**Date:** February 11, 2020

**Re:** Iqbal, Muhammad Saleem
Docket No.: 1:16CR10006
<u>Restitution obligation and payment schedule</u>

---

On May 19, 2016, Mr. Iqbal appeared before Your Honor for a Waiver of Indictment and Plea to Information. On this date, Mr. Iqbal waived indictment and pleaded guilty to Counts 1 and 3, Conspiracy in Violation of 18 U.S.C. § 371 and 26 U.S.C. § Making and Subscribing a False Income Tax Return. On October 17, 2016, Mr. Iqbal appeared before Your Honor and was sentenced to 42 months on count 1 and 36 months on count 3 to run concurrently with each other. He was sentenced to 24 months of supervised release to follow with standard and special conditions. The Court ordered Mr. Iqbal to pay restitution in the amount of $28,027,946.02 and a $200 special assessment.

Mr. Iqbal commenced supervised release on November 20, 2019. Probation seeks to implement a repayment schedule of $169 or 10% of Mr. Iqbal's gross income per month.

It is respectfully requested that the Court indicate below its position on the proposed payment schedule.

Respectfully submitted by:
/s/Jessica Turkington
Jessica Turkington
U.S. Probation Officer

Reviewed/Approved by:
/s/ Basil Cronin
Basil Cronin
Supervising U.S. Probation Officer

---

[✓]   The monthly payment plan of $169 or 10% of gross income is approved, effective February 2020.

[ ]   Other: _____

*William G. Young* (signature)
Honorable William G. Young
U.S. District Judge

1